**Johnny RAMEY, Plaintiff–Appellant,**

v.

**COUNTY OF FRESNO; et al.,
Defendants–Appellees.**

No. 08–16688.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Johnny Ramey, Folsom, CA, pro se.

Before: ALARCÓN, TROTT and
TASHIMA, Circuit Judges.

MEMORANDUM **

Johnny Ramey, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action as barred under *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Huftile v. Miccio–Fonseca,* 410 F.3d 1136, 1138 (9th Cir.2005), and we affirm.

The district court properly dismissed the action because a judgment in Ramey's favor would necessarily imply the invalidity of his conviction, and the conviction has not been invalidated. *See Wilkinson v.*

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*Dotson,* 544 U.S. 74, 81–82, 125 S.Ct. 1242, 161 L.Ed.2d 253 (2005).

**AFFIRMED.**